Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED IN CLERKS OFFICE 2021 DEC 27 PM 3:46 U.S. DISTRICT COURT DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Rashad Bey
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Daniel Kaufman
Daniel Barber
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ______________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [x] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rashad Bey |
| Street Address | 109 4th Ave |
| City and County | Lowell, Massachusetts Republic |
| State and Zip Code | Massachusetts Republic [01854] |
| Telephone Number | 267 408 5654 |
| E-mail Address | RashadBey13@aol.Com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Daniel Kaufman |
| Job or Title *(if known)* | Esquire |
| Street Address | 1288 Central St |
| City and County | Stoughton |
| State and Zip Code | Massachusetts, 02072 |
| Telephone Number | 781 344 - 2131 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Daniel Barber |
| Job or Title *(if known)* | Policeman |
| Street Address | 26 Rose St |
| City and County | Stoughton |
| State and Zip Code | Massachusetts |
| Telephone Number | 781 344 2424 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[√] Federal question [√] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The forth Amendment of the constitution for united states. Article 20 of the treaty of peace and friend ship 1786-1787. Title 5 U.S Code 3331 Title 18 § 241 and 242 of the United States codes

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Rashad Bey, is a citizen of ~~the State of~~ *(name)* Morocco.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Daniel Kaufman and Daniel Barber, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of ~~*(foreign nation)*~~ United States.

  b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________. Or is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendants violated their oath to support and defend the constitution for the united States of America by stealing my property and my private information is no longer private.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Additional pages Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the court to order me the relief of 100,000 federal reserve notes on the grounds that my private property was stolen and I was robbed by two officer on behalf of the Commonwealth of Massachusetts. ~~I'm~~ als asking that they will be removed from office for violating their oath.

**To:** Clerk of Massachusetts Federal court of the Eastern District Massachusetts

**From:** Rashad Bey

**Affidavit of Fact**

**On Friday November 5th, 2021 I spoke to the assistant district attorney Daniel Kauffman on behalf of the Norfolk County District Attorney's Office after court in regards to the dismissal of the case (2055CR0166). Mr. Kauffman wrote down his office address along with other information on a piece of paper that I could bring in on Monday so that he can look into further information that he didn't know regarding the case. On Monday I arrived to the address he written down (DA's Office 1288 central St. Stoughton, MA 02072) approximately at 11am I arrived to meet Mr. Kauffman to give him a copy of my affidavit memorandum and the Woburn district court dismissal documents from case (2153CR000235). I informed Mr. Kauffman that my affidavit memorandum is on my flash drive and that I can go to the printer shop close by to make copies. Mr. Kauffman insisted that he can print it out on his computer and that I don't have to go out my way to get the document printed. He asked me what is the name of the word file so that he can print it out and give me back my flash drive along with the Woburn District court dismissal documents. After I gave Mr. Kauffman the documents and flash drive to be printed, I waited about 30-40 minutes for him to come out of his office to give me my property back and he never did. The security guards that I seen during the day, two men and one woman even asked me why am waiting so long in the hallway for copies of documents. I told the male security guard that I need my property and I need to leave, so he knocked on the DA's office door to get my property and a police man by the name of Daniel Barber, who wrote his name down on a piece of paper on behalf of the (Stoughton Police Department) came out of his office and told me that they are keeping my flash drive and not giving it back to me. Mr. Barber even went further to say that my flash drive is under investigation and new charges may be filed. I told Mr. Berber politely to give me my property back because he has no right to keep my property because he doesn't have a warrant to search and seize my property under the 4th amendment of the united States constitution & Article XIV of Massachusetts State Constitution. Mr. Barber said that he and Mr. Kauffman are keeping my flash drive because he says so, and still to this day I don't have my property.**

**Mr. Kauffman and Mr. Berber conspired under U.S.C title 18 sections 241 and title 18 sections 242 by stealing my property. My 4th amendment right also has been violated because an unreasonable search and seizure of my property took place and I'm no longer secure in my persons, houses, papers and effects. Due to my rights being violated this is a notice that a federal lawsuit will be filled in regards to the two agents on behalf of the COMMONWEALTH OF MASSACHUSETTS violating their oath to uphold the constitution see.( Article 6 of the Constitution for the united States of America & Mass General Law part 1, title V, chapter 33, section 24).**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/21

Signature of Plaintiff: Rashad Bey

Printed Name of Plaintiff: Rashad Bey

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Street Address: ______

State and Zip Code: ______

Telephone Number: ______

E-mail Address: ______