UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RAHSAD BEY**,
    Plaintiff,

v.                                                      Civil Action No. 1:21-cv-12132-IT

**DANIEL KAUFMAN, DANIEL BARBER,** *Policeman,*
    Defendants.

<u>ORDER OF DISMISSAL</u>
June 2, 2022

TALWANI, D.J

    On December 27, 2021, Plaintiff Rahsad Bey filed his <u>Complaint</u> [#1]. On February 4, 2022, this court issued the summons for Defendants Daniel Kaufman & Daniel Barber. <u>See</u> Docket Entry [#6]. Pursuant to Federal Rules of Civil Procedure 4(m)-(l) and District of Massachusetts Local Rule 4.1, a plaintiff must serve a defendant within 90 days of the filing of the complaint and file the proof of service. If a plaintiff fails to file the proof of service with this court, the service is deemed incomplete. L.R. 4.1. Plaintiffs' 90-day window expired on March 13, 2022, and to date, have not yet filed proof of service with this court.

    On May 9, 2022, this court issued an Order to Show Cause [#7], instructing the Plaintiff, within 21 days, to either file their proof of service or provide good cause as to why service has not yet been completed. To date, Plaintiff has not done either.

    Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                  /s/ Indira Talwani
                                                  United States District Judge