

To: Clerk of Massachusetts Federal court of the Eastern District Massachusetts

From: Rashad Bey

## Affidavit of Fact

Greeting Judge Talwani, I recently receive your Order of Dismissal document dated June 2, 2022 for me not responding within a 90-day window in which I did. You also mentioned that you sent out an issue to show cause on May 9th 2022 in which I have not received. I will keep this Affidavit short and straight to the facts at hand in which I will provide a copy of my certified mail receipt and domestic return receipt that I sent to the United States Marshall Service for the Defendants to get served. On April 1st I contacted the Generalist Clerk to get an update on the status of the case after I returned the documents to the Marshall Services (see attached us mail receipts), in which she informed me that she not sure why my documents are taking so long to process and provided me with Docket Clerk & Courtroom Deputy Clerk contact information (see attached email from Sophie Phillips Generalist Clerk). Respectfully I asked that this case be reopened due to me sending back the documents in a timely fashion. Since I sent back the mail that was sent to me from the marshall service I have not received any correspondence for Civil Action 1:21-cv-12132-IT. Please let me know if I can send mail directly to your chambers Judge Talwani so that this process can flow smoother.

6/17/2022                     x Rashad Bey     All Rights Reserved





Rashad Bey
109 4th Ave
Lowell, Massachusetts Republic
[01854]   1:21-cv-12132-IT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Marshall Service
One Courthouse way
S-1-500 Boston, Massachusetts
Republic [02210]

9590 9402 6547 1028 4194 81

Article Number (Transfer from service label)

7021 2720 0002 8227 0583

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A.W.O  ☐ Agent ☐ Addressee

B. Received by (Printed Name): A WOOD
C. Date of Delivery: 3-7-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 07 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Boston, MA 02210     OFFICIAL USE

Certified Mail Fee  $3.75
$                   $3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $1.96
Total Postage and Fees   $8.76

Sent To: One Courthouse way   United States Marshall Service
Street and Apt. No., or PO Box No.: One Courthouse way
City, State, ZIP+4®: Boston Massachusetts Republic  02210

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here   LOWELL MA 01854   03/03/2022

7021 2720 0002 8227 0583

From: Rashad Bey rashadbey13@aol.com
Subject: Court
Date: June 15, 2022 at 9:41:52 AM
To: antguess@icloud.com

8:11

< All Inboxes

**Sophie Phillips**   4/1/22
To: Rashadbey13@aol.com >

# 1:22-cv-10397-IT

Good afternoon Mr. Bey,

Per our conversation earlier today- here are the contact information for Judge Talwani's session.

**Docket Clerk:**

Danielle Kelly
617-748-9085
danielle_kelly@mad.uscourts.gov

**Courtroom Deputy Clerk:**

Gail Marchione
617-748-4007
gail_macdonald@mad.uscourts.gov

They will be able to further assist you regarding any matters related to your pending civil suit.

Best,



8:11

< All Inboxes    1:22-cv-10397-IT

Per our conversation earlier today- here are the contact information for Judge Talwani's session.

**Docket Clerk:**

Danielle Kelly
617-748-9085
danielle_kelly@mad.uscourts.gov

**Courtroom Deputy Clerk:**

Gail Marchione
617-748-4007
gail_macdonald@mad.uscourts.gov

They will be able to further assist you regarding any matters related to your pending civil suit.

Best,





**Sophie Phillips**
**Generalist Clerk**
Office of the Clerk
U.S. District Court, District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210
(617-748-9154

   

Sent from my iPhone

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RAHSAD BEY,**
    Plaintiff,

v.                                                        Civil Action No. 1:21-cv-12132-IT

**DANIEL KAUFMAN, DANIEL BARBER,** *Policeman,*
    Defendants.

ORDER OF DISMISSAL
June 2, 2022

TALWANI, D.J

    On December 27, 2021, Plaintiff Rahsad Bey filed his Complaint [#1]. On February 4, 2022, this court issued the summons for Defendants Daniel Kaufman & Daniel Barber. See Docket Entry [#6]. Pursuant to Federal Rules of Civil Procedure 4(m)-(l) and District of Massachusetts Local Rule 4.1, a plaintiff must serve a defendant within 90 days of the filing of the complaint and file the proof of service. If a plaintiff fails to file the proof of service with this court, the service is deemed incomplete. L.R. 4.1. Plaintiffs' 90-day window expired on March 13, 2022, and to date, have not yet filed proof of service with this court.

    On May 9, 2022, this court issued an Order to Show Cause [#7], instructing the Plaintiff, within 21 days, to either file their proof of service or provide good cause as to why service has not yet been completed. To date, Plaintiff has not done either.

    Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                                    /s/ Indira Talwani
                                                                    United States District Judge

CLOSED,ProSe

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:21-cv-12132-IT

Bey v. Kaufman et al  
Assigned to: Judge Indira Talwani  
Demand: $100,000  
related Case: 1:22-cv-10397-IT  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/28/2021  
Date Terminated: 06/02/2022  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

Rahsad Bey                                  represented by   Rahsad Bey  
                                                              109 4th Avenue  
                                                              Lowell, MA 01854  
                                                              267-408-5654  
                                                              PRO SE

V.

**Defendant**

Daniel Kaufman

**Defendant**

Daniel Barber  
*Policeman*

[ Email All Attorneys ]  
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2021 | 1 | COMPLAINT against All Defendants, filed by Rahsad Bey. (Attachments: # 1 Civil Cover Sheet)(Castilla, Francis) (Entered: 12/28/2021) |
| 12/27/2021 | 2 | MOTION for Leave to Proceed in forma pauperis by Rahsad Bey.(Castilla, Francis) (Entered: 12/28/2021) |
| 12/28/2021 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Finn, Mary) (Entered: 12/28/2021) |
| 02/03/2022 | 4 | Judge Indira Talwani: ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis and ordering that summonses issue. Service must be completed within 90 days. If requested by Plaintiff, USMS shall execute service with all costs to be advanced by the United States. (PSSA, 3) (Entered: 02/03/2022) |