UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHAD BEY, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-12132-IT |
| | * |
| DANIEL KAUFMAN, DANIEL BARBER, *Policeman*, | * |
| | * |
|     Defendants. | * |

ORDER REOPENING CASE

July 6, 2022

TALWANI, D.J.

On June 21, 2022, Plaintiff filed an Affidavit of Fact [Doc. No 9] requesting that this closed case be reopened. For the following reasons, that request is GRANTED.

On February 4, 2022, this court issued summons for Defendants Daniel Kaufman and Daniel Barber. See Summons [Doc. No 6]. Because Plaintiff was proceeding *in forma pauperis*, see Order [Doc. No. 4], Plaintiff was permitted to have the U.S. Marshals complete service on the Defendants. See Notice to Plaintiff [Doc. No. 5]. Pursuant to Federal Rules of Civil Procedure 4(m) and District of Massachusetts Local Rule 4.1, Plaintiff had 90 days to serve the summons and complaint and to file proof of service. On May 9, 2022, having received no proof of service from Plaintiff, this court issued an Order to Show Cause [Doc. No 7], instructing the Plaintiff, within 21 days, to either file their proof of service or provide good cause as to why service has not yet been completed. On June 2, 2022, this court dismissed the action without prejudice for incomplete service. See Order [Doc. No 8].

Plaintiff states that: on March 3, 2022, he sent the documents to the U.S. Marshals; on April 1, 2022, he contacted the Generalist Clerk regarding his case; and Plaintiff did not receive

this court's May 9, 2022 Order to Show Cause [Doc. No. 7]. See Affidavit of Fact [Doc. No 9]. Plaintiff has attached a certified mail receipt to show that the U.S. Marshals received Plaintiff's documents on March 7, 2022.

Although Plaintiff should have taken additional steps to follow up with the clerk's office or the U.S. Marshals, the court finds sufficient cause to reopen the matter. Accordingly, the court hereby orders:

1. This matter shall be reopened.

2. The clerk is directed to reissue summonses.

3. Plaintiff shall serve the summonses, complaint, and this order upon Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service. Failure to comply with this requirement may result in dismissal of this action without further notice from the court. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

4. Because Plaintiff is proceeding *in forma pauperis*, he may elect to have the U.S. Marshals complete service with all costs of service to be advanced by the United States. If so asked by Plaintiff, the U.S. Marshals shall serve the summonses, complaint, and this order upon Defendants as directed by Plaintiff. Plaintiff is responsible for providing the U.S. Marshals all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide Plaintiff with forms and instructions for service by the U.S. Marshals.[1]

IT IS SO ORDERED.

July 6, 2022                                      /s/ Indira Talwani
                                                  United States District Judge

---

[1] Plaintiff may send his papers electronically to the U.S. Marshals by emailing them to Emely.Rosario-Henriquez@usdoj.gov. The USM-285 form is available online at https://www.usmarshals.gov/process/usm285.htm.