UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:21-CV-12132-IT

RASHAD BEY,

    Plaintiff,

v.

DANIEL KAUFMAN AND DANIEL BARBER,

    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the Defendant, Daniel Barber, in the above-captioned action.

Respectfully submitted,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, Floor 12
Boston, MA 02116
lkesten@bhpklaw.com
617-880-7100

DATED:  August 25, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                               */s/ Leonard H. Kesten*
                                               Leonard H. Kesten, BBO# 542042

DATED:  August 25, 2022