UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASHAD BEY, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL KAUFMAN, DANIEL BARBER, *Policeman*, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:21-cv-12132-IT <br> * <br> * <br> * <br> * <br> * |

ORDER TO SHOW CAUSE

September 16, 2022

TALWANI, D.J.

On December 27, 2021, Plaintiff Rashad Bey filed his Complaint [Doc. No. 1]. On August 19, 2022, Defendant Daniel Kaufman filed his Motion to Dismiss [Doc. No. 16]. Bey's response to Kaufman's Motion [Doc. No. 16] was due on September 2, 2022. See L.R. 7.1(b)(2) ("A party opposing a motion shall file an opposition within 14 days after the motion is served…"). To date, Bey has not filed any response.[1]

Accordingly, the case is subject to dismissal as to Kaufman. If Plaintiff believes dismissal is unwarranted, he shall file a response by no later than September 30, 2022, stating why this action should not be dismissed. The court anticipates dismissing this action as to Kaufman if Plaintiff fails to respond to this Order by September 30, 2022.

The court notes further that Defendant Barber filed his Motion to Dismiss [Doc. No. 23]

---

[1] The court notes that mail addressed to Bey at his address of record has recently been returned undelivered. Parties appearing pro se are required to inform the court and all parties, in writing, of any change of name, address, telephone number, or email address within 14 days of such change. L.R. 83.5.5(h). "It is the responsibility of the *pro se* party to notify the clerk and the parties of any change." Id. Bey shall promptly notify the court of any change of address.

on September 9, 2022. Bey's response to Barber's Motion [Doc. No. 23] is due no later than September 23, 2022. See L.R. 7.1(b)(2).

    IT IS SO ORDERED.

September 16, 2022                              /s/ Indira Talwani
                                                      United States District Judge